## Exhibit A - Damages

Healthcare Chiropractic Clinic Paid

| Claim Unit Number | Insurance Company Name | Date of Loss | Indemnity Payment Amount - Healthcare Chiropractic |
|---|---|---|---|
| 1015216519-1-1 | Bristol West Casualty Ins. Co. | 12/22/2009 | $1,152.00 |
| 1015216519-1-10 | Bristol West Casualty Ins. Co. | 12/22/2009 | $948.60 |
| 1015407624-1-1 | Illinois Farmers Insurance Company | 1/27/2010 | $9,486.00 |
| 1015407624-1-3 | Illinois Farmers Insurance Company | 1/27/2010 | $9,281.10 |
| 1015468657-1-3 | Bristol West Casualty Ins. Co. | 2/8/2010 | $2,871.30 |
| 1015468657-1-5 | Bristol West Casualty Ins. Co. | 2/8/2010 | $14,142.90 |
| 1015594885-1-3 | Illinois Farmers Insurance Company | 3/2/2010 | $10,894.23 |
| 1015594885-1-6 | Illinois Farmers Insurance Company | 3/2/2010 | $15,275.24 |
| 1015699076-1-2 | Illinois Farmers Insurance Company | 3/10/2010 | $11,970.90 |
| 1016104462-1-2 | Bristol West Casualty Ins. Co. | 5/8/2010 | $11745.64 |
| 1016138356-1-2 | Illinois Farmers Insurance Company | 5/24/2010 | $4481.1 |
| 1016230490-1-3 | Bristol West Casualty Ins. Co. | 6/11/2010 | $1,356.60 |
| 1016495393-1-3 | Illinois Farmers Insurance Company | 7/18/2010 | $1,443.30 |
| 1016553934-1-2 | Bristol West Casualty Ins. Co. | 4/13/2010 | $15,187.80 |
| 1016670259-1-6 | Bristol West Casualty Ins. Co. | 8/17/2010 | $10,914.00 |
| 1016953562-1-1 | Illinois Farmers Insurance Company | 8/27/2010 | $17,571.70 |
| 1016953562-1-3 | Illinois Farmers Insurance Company | 8/27/2010 | $19,128.40 |
| 1017185314-1-3 | Illinois Farmers Insurance Company | 10/23/2010 | $1,239.30 |
| 1017456235-1-1 | Illinois Farmers Insurance Company | 12/8/2010 | $4,500.20 |
| 1017481230-1-6 | Illinois Farmers Insurance Company | 12/10/2010 | $8,110.80 |
| 1017485249-1-9 | Illinois Farmers Insurance Company | 12/13/2010 | $2,861.10 |
| 1017522683-1-1 | Illinois Farmers Insurance Company | 12/16/2010 | $4,180.20 |
| 1017522683-1-4 | Illinois Farmers Insurance Company | 12/16/2010 | $10,731.35 |
| 1017602121-1-1 | Illinois Farmers Insurance Company | 11/21/2010 | $10,901.70 |
| 1017630659-1-3 | Illinois Farmers Insurance Company | 12/31/2010 | $3,483.30 |
| 1017654753-1-1 | Illinois Farmers Insurance Company | 12/29/2010 | $12,216.00 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 1017745374-1-4 | Illinois Farmers Insurance Company | 1/14/2011 | $1,443.30 |
| 1017844127-1-2 | Illinois Farmers Insurance Company | 1/31/2011 | $7,553.10 |
| 1017899324-1-6 | Illinois Farmers Insurance Company | 2/7/2011 | $5,105.10 |
| 1017956509-1-2 | Bristol West Casualty Ins. Co. | 2/13/2011 | $8,768.00 |
| 1018080403-1-4 | Illinois Farmers Insurance Company | 3/1/2011 | $7,950.90 |
| 1018124298-1-4 | Bristol West Casualty Ins. Co. | 3/6/2011 | $10,098.00 |
| 1018286423-1-3 | Illinois Farmers Insurance Company | 3/24/2011 | $10,702.90 |
| 1018397196-1-10 | Illinois Farmers Insurance Company | 4/10/2011 | $7,769.10 |
| 1018397196-1-4 | Illinois Farmers Insurance Company | 4/10/2011 | $10,098.00 |
| 1018397196-1-8 | Illinois Farmers Insurance Company | 4/10/2011 | $9,894.00 |
| 1018397196-1-9 | Illinois Farmers Insurance Company | 4/10/2011 | $7,769.10 |
| 1018479599-1-1 | 21st Century Centennial Insurance Co | 4/20/2011 | $948.60 |
| 1018625805-1-1 | Illinois Farmers Insurance Company | 5/7/2011 | $8,462.90 |
| 1018632402-1-3 | Illinois Farmers Insurance Company | 5/10/2011 | $4,289.10 |
| 1018722562-1-4 | Illinois Farmers Insurance Company | 5/22/2011 | $12,679.70 |
| 1018862049-1-1 | Illinois Farmers Insurance Company | 5/24/2011 | $12,693.90 |
| 1018862049-1-3 | Illinois Farmers Insurance Company | 5/24/2011 | $14,167.80 |
| 1018868184-1-8 | Illinois Farmers Insurance Company | 6/7/2011 | $11,634.00 |
| 1018944761-1-3 | Illinois Farmers Insurance Company | 6/15/2011 | $9,393.10 |
| 1018973214-1-1 | Illinois Farmers Insurance Company | 6/8/2011 | $11,567.00 |
| 1019145558-1-9 | Illinois Farmers Insurance Company | 7/9/2011 | $789.50 |
| 1019206456-1-2 | Bristol West Casualty Ins. Co. | 7/18/2011 | $10,906.80 |
| 1019251664-1-1 | Illinois Farmers Insurance Company | 7/21/2011 | $8,559.20 |
| 1019251664-1-2 | Illinois Farmers Insurance Company | 7/21/2011 | $9,649.10 |
| 1019322681-1-5 | Illinois Farmers Insurance Company | 7/29/2011 | $6,103.40 |
| 1019342800-1-2 | Bristol West Casualty Ins. Co. | 7/30/2011 | $12,969.13 |
| 1019346158-1-1 | Illinois Farmers Insurance Company | 8/3/2011 | $3,762.20 |
| 1019346158-1-10 | Illinois Farmers Insurance Company | 8/3/2011 | $204.00 |
| 1019346158-1-4 | Illinois Farmers Insurance Company | 8/3/2011 | $8,630.00 |
| 1019380640-1-1 | Illinois Farmers Insurance Company | 8/8/2011 | $3,121.20 |
| 1019380640-1-6 | Illinois Farmers Insurance Company | 8/8/2011 | $11,632.50 |
| 1019454019-1-3 | Illinois Farmers Insurance Company | 8/17/2011 | $12,560.70 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 1019540473-1-1 | Illinois Farmers Insurance Company | 8/27/2011 | $8,326.43 |
| 1019598801-1-5 | Illinois Farmers Insurance Company | 9/3/2011 | $11,557.10 |
| 1019629136-1-6 | Illinois Farmers Insurance Company | 9/7/2011 | $12,945.46 |
| 1019689842-1-1 | Illinois Farmers Insurance Company | 9/15/2011 | $14,616.60 |
| 1019753750-1-1 | Illinois Farmers Insurance Company | 9/21/2011 | $16,017.00 |
| 1019753750-1-3 | Illinois Farmers Insurance Company | 9/21/2011 | $12,428.10 |
| 1019753750-1-5 | Illinois Farmers Insurance Company | 9/21/2011 | $7,154.30 |
| 1019950913-1-1 | Illinois Farmers Insurance Company | 10/19/2011 | $5,966.36 |
| 1020057582-1-3 | Illinois Farmers Insurance Company | 11/4/2011 | $8,541.90 |
| 1020061058-1-1 | Illinois Farmers Insurance Company | 11/3/2011 | $12,901.40 |
| 1020116109-1-1 | Illinois Farmers Insurance Company | 11/14/2011 | $15,245.60 |
| 1020116109-1-3 | Illinois Farmers Insurance Company | 11/14/2011 | $9,851.66 |
| 1020161369-1-5 | Illinois Farmers Insurance Company | 11/20/2011 | $4,623.36 |
| 1020183645-1-4 | Illinois Farmers Insurance Company | 11/23/2011 | $4,329.30 |
| 1020183645-1-8 | Illinois Farmers Insurance Company | 11/23/2011 | $4,375.20 |
| 1020203528-1-2 | Bristol West Casualty Ins. Co. | 11/11/2011 | $9,561.90 |
| 1020347577-1-6 | Illinois Farmers Insurance Company | 12/16/2011 | $12,840.53 |
| 1020467294-1-3 | Illinois Farmers Insurance Company | 12/8/2011 | $5,562.50 |
| 1020490724-1-1 | Illinois Farmers Insurance Company | 1/6/2012 | $11,522.00 |
| 1020492039-1-10 | Illinois Farmers Insurance Company | 1/6/2012 | $19,302.57 |
| 1020492039-1-5 | Illinois Farmers Insurance Company | 1/6/2012 | $8,379.30 |
| 1020530843-1-2 | Illinois Farmers Insurance Company | 1/15/2012 | $10,039.00 |
| 1020532175-1-2 | Bristol West Casualty Ins. Co. | 1/14/2012 | $1,958.40 |
| 1020532175-1-6 | Bristol West Casualty Ins. Co. | 1/14/2012 | $1,703.40 |
| 1020556524-1-2 | Bristol West Casualty Ins. Co. | 1/11/2012 | $5,851.77 |
| 1020604636-1-1 | Illinois Farmers Insurance Company | 1/25/2012 | $5,212.20 |
| 1020604932-1-1 | Illinois Farmers Insurance Company | 1/26/2012 | $15,588.15 |
| 1020607257-1-2 | Illinois Farmers Insurance Company | 1/20/2012 | $2,108.30 |
| 1020769670-1-1 | Illinois Farmers Insurance Company | 2/20/2012 | $15,852.98 |
| 1020801665-1-4 | Illinois Farmers Insurance Company | 2/13/2012 | $5,673.20 |
| 1020824005-1-1 | Illinois Farmers Insurance Company | 2/28/2012 | $2,014.50 |
| 1021014633-1-4 | Illinois Farmers Insurance Company | 3/28/2012 | $4,178.90 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 1021014633-1-6 | Illinois Farmers Insurance Company | 3/28/2012 | $2,682.46 |
| 1021042305-1-3 | Bristol West Casualty Ins. Co. | 3/31/2012 | $9,078.00 |
| 1021083770-1-5 | Illinois Farmers Insurance Company | 4/5/2012 | $8,387.20 |
| 1021207617-1-1 | Illinois Farmers Insurance Company | 4/19/2012 | $9,785.73 |
| 1021221319-1-1 | Illinois Farmers Insurance Company | 4/11/2012 | $11,626.01 |
| 1021221319-1-3 | Illinois Farmers Insurance Company | 4/11/2012 | $13,977.60 |
| 1021236031-1-3 | Illinois Farmers Insurance Company | 4/28/2012 | $6,720.30 |
| 1021245109-1-4 | Illinois Farmers Insurance Company | 4/29/2012 | $11,649.16 |
| 1021245109-1-5 | Illinois Farmers Insurance Company | 4/29/2012 | $15,214.81 |
| 1021272223-1-5 | 21st Century Centennial Insurance Co | 5/2/2012 | $1,800.30 |
| 1021317524-1-3 | Mid-Century Insurance Company | 5/8/2012 | $8,157.00 |
| 1021336011-1-2 | Illinois Farmers Insurance Company | 5/8/2012 | $2,366.40 |
| 1021336795-1-4 | Illinois Farmers Insurance Company | 5/11/2012 | $9,971.60 |
| 1021360976-1-6 | Illinois Farmers Insurance Company | 5/15/2012 | $586.50 |
| 1021393356-1-1 | Illinois Farmers Insurance Company | 5/19/2012 | $9,221.60 |
| 1021393356-1-8 | Illinois Farmers Insurance Company | 5/19/2012 | $10,714.00 |
| 1021394853-1-4 | Illinois Farmers Insurance Company | 5/18/2012 | $10,347.90 |
| 1021394853-1-6 | Illinois Farmers Insurance Company | 5/18/2012 | $13,362.00 |
| 1021481737-1-1 | Illinois Farmers Insurance Company | 5/31/2012 | $13,403.90 |
| 1021481737-1-3 | Illinois Farmers Insurance Company | 5/31/2012 | $12,747.84 |
| 1021697794-1-1 | Illinois Farmers Insurance Company | 6/15/2012 | $1,754.40 |
| 1021697794-1-3 | Illinois Farmers Insurance Company | 6/15/2012 | $2,004.30 |
| 1021762254-1-5 | Illinois Farmers Insurance Company | 7/8/2012 | $4,707.30 |
| 1021762254-1-6 | Illinois Farmers Insurance Company | 7/8/2012 | $3,376.20 |
| 1021802150-1-2 | Illinois Farmers Insurance Company | 7/12/2012 | $7,605.20 |
| 1021838682-1-5 | Illinois Farmers Insurance Company | 7/16/2012 | $12,537.76 |
| 1021930566-1-2 | Illinois Farmers Insurance Company | 7/2/2012 | $10,639.70 |
| 1022043194-1-3 | Illinois Farmers Insurance Company | 8/16/2012 | $10,646.90 |
| 1022043194-1-6 | Illinois Farmers Insurance Company | 8/16/2012 | $12,991.57 |
| 1022089583-1-1 | 21st Century Centennial Insurance Co | 8/22/2012 | $7,858.29 |
| 1022089583-1-3 | 21st Century Centennial Insurance Co | 8/22/2012 | $5,517.00 |
| 1022102759-1-2 | Illinois Farmers Insurance Company | 7/30/2012 | $5,019.80 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 1022170781-1-5 | Illinois Farmers Insurance Company | 8/17/2012 | $9,088.20 |
| 1022272788-1-1 | Illinois Farmers Insurance Company | 9/13/2012 | $15,379.86 |
| 1022302986-1-2 | Illinois Farmers Insurance Company | 9/19/2012 | $12,779.43 |
| 1022315973-1-1 | Illinois Farmers Insurance Company | 9/26/2012 | $8,305.70 |
| 1022437336-1-1 | 21st Century Centennial Insurance Co | 10/17/2012 | $8,991.76 |
| 1022444084-1-1 | Illinois Farmers Insurance Company | 10/9/2012 | $10,455.37 |
| 1022444084-1-3 | Illinois Farmers Insurance Company | 10/9/2012 | $11,516.11 |
| 1022444084-1-8 | Illinois Farmers Insurance Company | 10/9/2012 | $11,464.96 |
| 1022469893-1-3 | Illinois Farmers Insurance Company | 10/23/2012 | $8,165.10 |
| 1022517542-1-1 | Illinois Farmers Insurance Company | 10/9/2012 | $1,907.40 |
| 1022521874-1-2 | Illinois Farmers Insurance Company | 10/29/2012 | $4,317.40 |
| 1022521874-1-4 | Illinois Farmers Insurance Company | 10/29/2012 | $5,108.28 |
| 1022587161-1-1 | Illinois Farmers Insurance Company | 11/12/2012 | $1,851.30 |
| 1022587161-1-6 | Illinois Farmers Insurance Company | 11/12/2012 | $11,638.26 |
| 1022716052-1-3 | Illinois Farmers Insurance Company | 12/5/2012 | $4,745.00 |
| 1022765342-1-2 | Illinois Farmers Insurance Company | 12/9/2012 | $8,125.46 |
| 1022775156-1-1 | 21st Century Centennial Insurance Co | 12/5/2012 | $6,640.20 |
| 1022819110-1-1 | Illinois Farmers Insurance Company | 12/12/2012 | $6,384.46 |
| 1022877094-1-1 | Illinois Farmers Insurance Company | 12/31/2012 | $3,742.10 |
| 1022877094-1-3 | Illinois Farmers Insurance Company | 12/31/2012 | $4,327.90 |
| 1022895336-1-1 | Illinois Farmers Insurance Company | 12/10/2012 | $3,818.16 |
| 1022975832-1-1 | Illinois Farmers Insurance Company | 1/27/2013 | $5,399.10 |
| 1022975832-1-5 | Illinois Farmers Insurance Company | 1/27/2013 | $4,549.20 |
| 1022975832-1-6 | Illinois Farmers Insurance Company | 1/27/2013 | $9,639.00 |
| 1023003054-1-5 | Illinois Farmers Insurance Company | 2/1/2013 | $2,613.20 |
| 1023003054-1-7 | Illinois Farmers Insurance Company | 2/1/2013 | $3,609.86 |
| 1023050416-1-1 | Illinois Farmers Insurance Company | 2/12/2013 | $4,539.00 |
| 1023054640-1-2 | Bristol West Casualty Ins. Co. | 2/14/2013 | $3,937.20 |
| 1023060777-1-2 | Illinois Farmers Insurance Company | 2/15/2013 | $6,936.00 |
| 1023122942-1-6 | Illinois Farmers Insurance Company | 3/10/2013 | $1,480.40 |
| 1023122942-1-7 | Illinois Farmers Insurance Company | 3/10/2013 | $3,225.20 |
| 1023139934-1-4 | Illinois Farmers Insurance Company | 3/16/2013 | $586.50 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 1023175625-1-2 | Illinois Farmers Insurance Company | 3/29/2013 | $7,683.60 |
| 1023190816-1-2 | Illinois Farmers Insurance Company | 4/3/2013 | $14,435.12 |
| 1023216489-1-3 | Illinois Farmers Insurance Company | 4/13/2013 | $5,019.40 |
| 1023235423-1-4 | Illinois Farmers Insurance Company | 4/13/2013 | $9,315.66 |
| 1023276638-1-1 | Illinois Farmers Insurance Company | 5/2/2013 | $9,785.78 |
| 1023276638-1-6 | Illinois Farmers Insurance Company | 5/2/2013 | $10,293.90 |
| 1023278078-1-3 | Bristol West Casualty Ins. Co. | 5/3/2013 | $9,243.02 |
| 1023294552-1-1 | Illinois Farmers Insurance Company | 5/7/2013 | $4,965.66 |
| 1023294552-1-3 | Illinois Farmers Insurance Company | 5/7/2013 | $4,391.10 |
| 1023361272-1-1 | Mid-Century Insurance Company | 5/21/2013 | $4,945.20 |
| 1023366176-1-2 | Illinois Farmers Insurance Company | 5/22/2013 | $4,187.10 |
| 1023368664-1-4 | 21st Century Centennial Insurance Co | 5/30/2013 | $10,390.43 |
| 1023371892-1-3 | Mid-Century Insurance Company | 6/1/2013 | $3,733.20 |
| 1023412840-1-2 | Illinois Farmers Insurance Company | 6/15/2013 | $612.00 |
| 1023433447-1-4 | Illinois Farmers Insurance Company | 6/21/2013 | $7,489.90 |
| 3000336385-1-7 | Bristol West Casualty Ins. Co. | 4/13/2014 | $3,794.40 |
| 3001325697-1-4 | Illinois Farmers Insurance Company | 7/18/2014 | $400.00 |
| 3002048951-1-2 | 21st Century Centennial Insurance Co | 11/12/2014 | $3,125.50 |
| 3002048951-1-4 | 21st Century Centennial Insurance Co | 11/12/2014 | $1,703.40 |
| 3002101027-1-4 | Illinois Farmers Insurance Company | 11/13/2014 | $2,218.50 |
| 3002559909-1-4 | Bristol West Casualty Ins. Co. | 1/7/2015 | $1,606.50 |
| 3003854653-1-2 | Bristol West Casualty Ins. Co. | 4/3/2015 | $882.30 |
| 3003884242-1-2 | Bristol West Casualty Ins. Co. | 5/16/2015 | $3,468.00 |
| 3004301517-1-3 | Bristol West Casualty Ins. Co. | 9/3/2015 | $2,483.70 |
| 8001942245-1-2 | 21st Century Centennial Insurance Co | 7/26/2013 | $9,851.90 |
| 8002005561-1-3 | Illinois Farmers Insurance Company | 8/7/2013 | $2,517.30 |
| 8002005561-1-7 | Illinois Farmers Insurance Company | 8/7/2013 | $2,167.30 |
| 8003064250-1-4 | Illinois Farmers Insurance Company | 11/22/2013 | $2,674.40 |
| 8003064250-1-5 | Illinois Farmers Insurance Company | 11/22/2013 | $2,764.40 |
| 8003104721-1-3 | Bristol West Casualty Ins. Co. | 12/17/2013 | $5,906.30 |

**Total Amount Paid:  $1,387,960.23**

**EXHIBIT A**

Healthcare Chiropractic Clinic Pending

| Claim Unit Number | Company Name | Date of Loss | Amount Pending |
|---|---|---|---|
| 3001329310-1-2 | 21st Century Centennial Insurance Co | 8/13/2014 | $3,335.40 |
| 3001437258-1-4 | Illinois Farmers Insurance Company | 8/20/2014 | $5,406.30 |
| 3001694341-1-11 | Illinois Farmers Insurance Company | 9/11/2014 | $12,046.20 |
| 3001663337-1-3 | 21st Century Centennial Insurance Co | 9/23/2014 | $8,833.20 |
| 3002048951-1-4 | 21st Century Centennial Insurance Co | 11/12/2014 | $1,428.00 |
| 3002132816-1-2 | Illinois Farmers Insurance Company | 11/22/2014 | $8,027.40 |
| 3002363665-1-3 | 21st Century Centennial Insurance Co | 12/26/2014 | $8,515.26 |
| 3002363665-1-4 | 21st Century Centennial Insurance Co | 12/26/2014 | $9,399.96 |
| 3002559909-1-2 | Bristol West Casualty Ins. Co. | 1/7/2015 | $9,041.96 |
| 3002559909-1-4 | Bristol West Casualty Ins. Co. | 1/7/2015 | $6,706.50 |
| 3002588004-1-3 | Mid-Century Insurance Company | 1/24/2015 | $13,416.56 |
| 3003884242-1-2 | Bristol West Casualty Ins. Co. | 5/16/2015 | $2,856.00 |
| 3004258414-1-4 | Illinois Farmers Insurance Company | 8/27/2015 | $2,351.10 |
| 3004301517-1-3 | Bristol West Casualty Ins. Co. | 9/3/2015 | $2,483.70 |
| 3004487182-1-2 | Illinois Farmers Insurance Company | 9/24/2015 | $790.50 |
| 3001325697-1-4 | Illinois Farmers Insurance Company | 7/18/2014 | $14,430.90 |
| 3002048951-1-2 | 21st Century Centennial Insurance Co | 11/12/2014 | $1,190.56 |

**Total Amount Pending:**
**$110,259.50**

**EXHIBIT A**

<u>Northwest MRI Center Paid</u>

| Claim Unit Number | Date of Loss | Insurance Company Name | Indemnity Payment Amount - Northwest MRI Center, Inc. |
|---|---|---|---|
| 3001325697-1-4 | 7/18/2014 | Illinois Farmers Insurance Company | $3,700.00 |
| 3002363665-1-3 | 12/26/2014 | 21st Century Centennial Insurance Co | $1,384.00 |
| 3003884242-1-2 | 5/16/2015 | Bristol West Casualty Ins. Co. | $1,850.00 |
| 3004301517-1-3 | 9/3/2015 | Bristol West Casualty Ins. Co. | $1,110.50 |
| 3004301517-1-3 | 9/3/2015 | Bristol West Casualty Ins. Co. | $3,700.00 |

**Total Amount Paid:**
**$11,744.50**

**EXHIBIT A**

Northwest MRI Center Pending

| Claim Unit Number | Company Name | Date of Loss | Date of Service | Amount Pending |
|---|---|---|---|---|
| 3001325697-1-4 | Illinois Farmers Insurance Company | 7/18/2014 | 8/25/2014 | $1,850.00 |
| 3001325697-1-4 | Illinois Farmers Insurance Company | 7/18/2014 | 8/25/2014 | $1,850.00 |
| 3001329310-1-2 | 21st Century Centennial Insurance Co | 8/13/2014 | 9/4/2014 | $1,850.00 |
| 3001329310-1-2 | 21st Century Centennial Insurance Co | 8/13/2014 | 11/6/2014 | $1,850.00 |
| 3001329310-1-2 | 21st Century Centennial Insurance Co | 8/13/2014 | 9/4/2014 | $1,850.00 |
| 3001329310-1-2 | 21st Century Centennial Insurance Co | 8/13/2014 | 9/4/2014 | $1,850.00 |
| 3001329310-1-2 | 21st Century Centennial Insurance Co | 8/13/2014 | 11/6/2014 | $1,850.00 |
| 3001437258-1-4 | Illinois Farmers Insurance Company | 8/20/2014 | 9/15/2014 | $1,850.00 |
| 3001437258-1-4 | Illinois Farmers Insurance Company | 8/20/2014 | 9/15/2014 | $1,850.00 |
| 3002048951-1-2 | 21st Century Centennial Insurance Co | 11/12/2014 | 12/11/2014 | $1,850.00 |
| 3002048951-1-2 | 21st Century Centennial Insurance Co | 11/12/2014 | 12/11/2014 | $1,850.00 |
| 3002048951-1-4 | 21st Century Centennial Insurance Co | 11/12/2014 | 12/11/2014 | $1,850.00 |
| 3002048951-1-4 | 21st Century Centennial Insurance Co | 11/12/2014 | 12/11/2014 | $1,850.00 |
| 3002132816-1-2 | Illinois Farmers Insurance Company | 11/22/2014 | 12/8/2014 | $1,850.00 |
| 3002132816-1-2 | Illinois Farmers Insurance Company | 11/22/2014 | 12/8/2014 | $1,850.00 |
| 3002363665-1-3 | 21st Century Centennial Insurance Co | 12/26/2014 | 1/16/2015 | $1,850.00 |
| 3002363665-1-3 | 21st Century Centennial Insurance Co | 12/26/2014 | 1/16/2015 | $1,850.00 |
| 3002363665-1-4 | 21st Century Centennial Insurance Co | 12/26/2014 | 1/30/2015 | $1,850.00 |
| 3002363665-1-4 | 21st Century Centennial Insurance Co | 12/26/2014 | 1/30/2015 | $1,850.00 |
| 3002559909-1-2 | Bristol West Casualty Ins. Co. | 1/7/2015 | 2/17/2015 | $1,850.00 |
| 3002559909-1-2 | Bristol West Casualty Ins. Co. | 1/7/2015 | 2/17/2015 | $1,850.00 |
| 3002588004-1-3 | Mid-Century Insurance Company | 1/24/2015 | 2/26/2015 | $1,850.00 |
| 3002588004-1-3 | Mid-Century Insurance Company | 1/24/2015 | 2/26/2015 | $1,850.00 |
| 3003854653-1-2 | Bristol West Casualty Ins. Co. | 4/3/2015 | 5/7/2015 | $1,850.00 |
| 3003854653-1-2 | Bristol West Casualty Ins. Co. | 4/3/2015 | 5/7/2015 | $1,850.00 |
| 3003884242-1-2 | Bristol West Casualty Ins. Co. | 5/16/2015 | 7/29/2015 | $1,850.00 |
| 3004258414-1-4 | Illinois Farmers Insurance Company | 8/27/2015 | 10/6/2015 | $1,850.00 |

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| 3004258414-1-4 | Illinois Farmers Insurance Company | 8/27/2015 | 10/6/2015 | $1,850.00 |
| 3004301517-1-3 | Bristol West Casualty Ins. Co. | 9/3/2015 | 10/6/2015 | $1,850.00 |
| 3004301517-1-3 | Bristol West Casualty Ins. Co. | 9/3/2015 | 10/6/2015 | $1,850.00 |

**Total Amount Pending:**
**$55,500.00**

**EXHIBIT A**